**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


**ROBERT T. MAXWELL**                                                    **PETITIONER**
**ADC #108778**


**v.**                                 **5:09-cv-00111-JMM-JJV**


**D, WHITE, Warden**
**Maximum Security Unit, ADC**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is hereby entered dismissing the Petition for Writ of Habeas Corpus with prejudice. The relief sought is denied.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice.

DATED this   14   day of  December , 2009.


_____
JAMES M MOODY
UNITED STATES DISTRICT JUDGE